IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JEAN JOCELYN MERILIEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 318-056 |
| | ) | |
| MS. GRANISON, Kitchen Manager, Johnson | ) | |
| State Prison; TARRA JACKSON, Chief | ) | |
| Counselor, Johnson State Prison; LAKEISHA | ) | |
| SMITH, CERT Officer, Johnson State Prison; | ) | |
| JASON HURST, Lieutenant, Johnson State | ) | |
| Prison; MR. SCOTT, CERT Officer, Johnson | ) | |
| State Prison; SHAWN EMMONS, Former | ) | |
| Warden, Johnson State Prison; ANTOINE | ) | |
| CALDWELL, Warden, Johnson State Prison; | ) | |
| and JAN MARTIN, Correctional Officer, | ) | |
| Johnson State Prison, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed, (doc. no. 117). In his objections, Plaintiff states he is confused by the Magistrate Judge's January 18, 2019 Order prohibiting him from submitting additional filings until ordered to do so by the Court and indicates he is not sure whether he should file objections. (Id. at 1.) The January 17, 2019 Order directing service of the Magistrate Judge's R&R and setting the objections deadline stated the objecting party "must file" objections by the deadline. (Doc. no. 105.) Accordingly, the Magistrate Judge ordered Plaintiff to file objections by the

February 4 deadline. Plaintiff filed objections, and the Court has considered them here. However, nothing in Plaintiff's objections warrants deviation from the Magistrate Judge's recommendation. Accordingly, the Court **OVERRULES** Plaintiff's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, and **DENIES** Plaintiff's motion for injunctive relief. (Doc. no. 70.)

SO ORDERED this 11th day of February, 2019, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE