AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JEAN JOCELYN MERILIEN,

        Plaintiff,

        v.

ANTOINE CALDWELL, Warden, Johnson State Prison, and MS. GRANISON, Kitchen Manager, Johnson State Prison,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 318-056

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated September 28, 2020, the Magistrate Judge's Report and Recommendation is ADOPTED as the Court's opinion; therefore, Plaintiff's objections are OVERRULED and Plaintiff's Motion for Summary Judgment is DENIED. Defendants' Motion for Summary Judgment is GRANTED and Judgment is hereby ENTERED in favor of Defendants. This case stands closed.



09/28/2020
Date

John E. Triplett, Acting Clerk
Clerk

*Jamie Hodge*
(By) Deputy Clerk

GAS Rev 10/1/03